Harry Y. Victor et al., Appellants, v. Herbert Hille-brecht et al., Appellees.

Gen. No. 43,867.

opinion filed March 1, 1949; released for publication May 12, 1949. Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel; Winston, Strawn & Shaw, for appellees; James H. Cartwright, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.